JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER GALVEZ,<br>Petitioner,<br>v.<br>JANAN CAVAGNOLO, Warden,<br>Respondent. | Case No. 2:22-cv-4307-CAS-RAO<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 10, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE